```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION

                            IN ADMIRALTY
```

IN RE: THE PETITION OF RAYMOND
P. SULLIVAN AS OWNER OF          Case No. 8:08-cv-2597-T-33EAJ
THE M/V "HOP ON POP" FOR
EXONERATION FROM, OR LIMITATION
OF, LIABILITY,

       Petitioner.
_____/

**<u>ORDER</u>**

      This matter is before the Court pursuant to the Petitioner's Notice of Settlement (Doc. # 34), which was filed on August 18, 2009. The Petitioner indicates that the parties have reached an amicable settlement of all claims; however, due to the involvement of a minor, the settlement is subject to Court approval.

      The Court directs the Petitioner to file the settlement agreement under seal within ten days of the date of this Order. Thereafter, the Court will immediately undertake its analysis of the settlement agreement.

      Accordingly, it is now

      **ORDERED, ADJUDGED,** and **DECREED:**

      The Petitioner is directed to file the settlement agreement under seal within ten days of the date of this Order.

**DONE** and **ORDERED** in Chambers in Tampa Florida, this 19th day of August, 2009.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record