UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

IN RE: THE PETITION OF RAYMOND
P. SULLIVAN AS OWNER OF           Case No. 8:08-cv-2597-T-33EAJ
THE M/V "HOP ON POP" FOR
EXONERATION FROM, OR LIMITATION
OF, LIABILITY,

    Petitioner.
_____/

**ORDER**

    This matter is before the Court pursuant to Claimant Matthew Sullivan's Motion to File Documents Under Seal (the "Motion" Doc. # 43), which was filed on October 13, 2009. Claimant seeks to file under seal certain documents concerning the settlement of this case and related guardianship proceedings.

    Upon due consideration, and in an effort to protect the identity of the minor child involved in this case, the Court grants the Motion. Furthermore, in an effort to conserve the resources of the parties and the Court, the parties in this case are granted permission to file confidential documents (including documents related to the pending guardianship proceedings in state court and any other documents disclosing the identity of the minor child) under seal without requesting leave from the Court henceforth.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Claimant Matthew Sullivan's Motion to File Documents Under Seal (Doc. # 43) is **GRANTED**.

**DONE** and **ORDERED** in Chambers in Tampa Florida, this <u>23rd</u> day of October 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record